UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AVISTUS FOBATE,<br><br>  Plaintiff,<br><br>v.<br><br>R.J. SMITH, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-01948-ART-VCF<br><br>ORDER |

On January 6, 2023, the Court issued a screening order and granted Plaintiff until February 6, 2023, to file an amended complaint or the case would proceed on Plaintiff's Eighth Amendment failure to protect claim. (ECF No. 3 at 10). On January 26, 2023, Plaintiff submitted a motion for an extension of time to March 23, 2023. (ECF No. 5).

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before March 23, 2023. If Plaintiff chooses not to file an amended complaint, this case will proceed on Plaintiff's Eighth Amendment failure to protect claim. (ECF No. 3 at 10).

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted. Plaintiff shall file his amended complaint on or before March 23, 2023.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action will proceed on Plaintiff's Eighth Amendment failure to protect claim.

DATED THIS  31st day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE